UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
SOLOMON AYODELE,                        : 07 Civ. 8573 (PKC) (JCF)
                                        :
            Plaintiff,                  :    O R D E R
                                        :
    - against -                         :
                                        :
NEW YORK POLICE DEPARTMENT,             :
(N.Y.P.D.), MR. JOHN DOE OF             :
N.Y.P.D., and CITY OF NEW YORK,         :
                                        :
            Defendants.                 :
- - - - - - - - - - - - - - - - - - - -:

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

[STAMP: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 5/7/08]

A pretrial conference having been held on May 7, 2008, it is hereby ORDERED as follows:

1. All discovery shall be completed by August 29, 2008.

2. The pretrial order shall be submitted by September 30, 2008 unless any dispositive motion is filed by that date. If such a motion is filed, the pretrial order shall be due thirty days after the motion is decided.

SO ORDERED.

_____
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:  New York, New York
        May 7, 2008

1

Copies mailed this date:

Solomon Ayodele
250 West 131st Street
New York, New York 10027

Benjamin Stockman, Esq.
Assistant Corporation Counsel
100 Church Street, Room 3-155
New York, New York 10007