USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                   :
Solomon Ayodele                                    :
                           Plaintiff(s),           :
                                                   :    07 Civ. 8573 (PKC)
            - against -                             :
                                                   :
The City of New York, et al.                       :         FINAL PRETRIAL
                                                   :      SCHEDULING ORDER
                           Defendant(s).           :
                                                   :
-------------------------------------------------------------x

The Final Pretrial Submission Date is September 30, 2008. By the Final Pretrial

Submission Date, the parties shall submit a Joint Pretrial Order prepared in accordance

with the undersigned's Individual Practices and Rule 26(a)(3), Fed. R. Civ. P. Any

motions in limine (for which the premotion conference requirement is waived) shall be

filed by the Final Pretrial Submission Date. If this action is to be tried before a jury,

proposed voir dire, jury instructions and verdict form shall also be filed by the Final

Pretrial Submission Date. Jury instructions may not be submitted after the Final Pretrial

Submission Date, unless they meet the standard of Rule 51(a)(2)(A), Fed. R. Civ. P. If

this action is to be tried to the Court, proposed findings of fact and conclusions of law

should be submitted by the Final Pretrial Submission Date.

The Final Pretrial Conference is scheduled for October 3, 2008 at 10:00 a.m.

P. Kevin Castel
United States District Judge

Dated:    New York, New York
          August 25, 2008